JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE BALDIVIEZO, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION and DOES 1-50, inclusive,<br><br>Defendants. | Case No.<br><br>2:20-cv-04137-SVW-PLA<br><br>**ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS.** |

    Pursuant to the Stipulation of the parties Plaintiff Jessie Baldiviezo and Defendant U.S. Bank National Association, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Court HEREBY ORDERS: (a) the dismissal with prejudice of all of Plaintiff's individual claims, including her right to bring any class or representative action; and (b) the dismissal without prejudice for all remaining claims in the Action, including the putative class claims brought on behalf of all of the other alleged similarly situated current and former employees of U.S. Bank that Plaintiff was seeking to represent in the Action. Each party shall bear their own costs and attorneys' fees.

Dated this   June 18, 2020

_____
Honorable Judge of the District Court